1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
4 | Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com
5
6 | Attorneys for Plaintiffs,
ARISTA RECORDS LLC; SONY BMG MUSIC
7 | ENTERTAINMENT; UMG RECORDINGS, INC.;
MOTOWN RECORD COMPANY, L.P.; LAVA
8 | RECORDS LLC; and ELEKTRA
ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; LAVA RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C 07-04104 MEJ<br><br>**The Honorable Maria-Elena James**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br> ORDER CLOSING FILE |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04104 MEJ
#35300 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant John Doe, also identified as ID #126499756 with IP address 169.233.5.147 2007-04-23 12:31:48 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Dated:  February 1, 2008

HOLME ROBERTS & OWEN LLP

By:  */s/ Matthew Franklin Jaksa*
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs

The Clerk of Court shall close the file.

Dated: February 4, 2008



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA